IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>SOLACE, DEBORAH A<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-70981 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 04/23/07. The Trustee was appointed on 04/23/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of October 8, 2007 is as follows:

    a. RECEIPTS (See Exhibit C)      $_____13,457.00

    b. DISBURSEMENTS (See Exhibit C)      $_____0.00

    c. NET CASH available for distribution      $_____13,457.00

    d. TRUSTEE/PROFESSIONAL COSTS

|   |   |   |
|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ 2,095.70 |
| 2. | Trustee Expenses (See Exhibit F) | $ 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ 705.00 |

    e.    Illinois Income Tax for Estate (See Exhibit G)    $ 0.00

5. The Bar Date for filing unsecured claims expired on 09/04/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $ 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ 2,800.70 |
| c. | Allowed Chapter 11 Administrative Claims | $ 0.00 |
| d. | Allowed priority claims | $ 379,452.45 |
| e. | Allowed unsecured claims | $ 1,357,555.92 |
| f. | Surplus return to debtor | $ 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $705.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $705.00.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                                           RESPECTFULLY SUBMITTED:

DATE: October 8, 2007                     /s/Stephen G. Balsley
                                                STEPHEN G. BALSLEY
                                                6833 STALTER DRIVE
                                                ROCKFORD, IL 61108
                                                (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
SOLACE, DEBORAH A

CASE NO. 07-70981 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,800.70 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 10,656.30 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 13,457.00 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,800.70 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | Stephen G. Balsley, Trustee | 2,095.70 | 2,095.70 |
|  | Stephen G. Balsley, Attorney for Trustee | 705.00 | 705.00 |
|  | TOTAL | $ | 2,800.70 |

$10,656.30 for priority creditors, in the order specified in 11 U.S.C. §507(a)(1)(B)-(a)(10), itemized as follows:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $379,452.45 | 2.81% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1.1 | Internal Revenue Service | 379,452.45 | 10,656.30 |
|  | TOTAL | $ | 10,656.30 |

d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $1,357,555.92, yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $1,357,555.92 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Internal Revenue Service | 78,461.78 | 0.00 |
| 2 | ORIX Financial Services, Inc. | 1,279,094.14 | 0.00 |
|  | TOTAL | $ | 0.00 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   October 8, 2007               /s/Stephen G. Balsley
                                        STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 2,095.70 | $ 2,095.70 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 705.00 | $ 705.00 |
| **TOTALS** | $ **0.00** | $ **2,800.70** | $ **2,800.70** |

## EXHIBIT A

## TASKS PERFORMED

## DEBORAH A. SOLACE
## CHAPTER 7 BANKRUPTCY CASE NO. 07-70981

The Debtor filed her bankruptcy petition *pro se*. She has scheduled an ownership of a 2000 Jeep Cherokee having a value of $5,000.00, and claimed the total amount exempt. The Trustee objected to any exemption over the value of $2,400.00. The Court sustained the Objection. Upon further investigation, the Trustee discovered that the vehicle was actually titled in the Debtor's name and her husband's name as joint owners. The Trustee investigated into the value of the vehicle and determined there was no equity available for the bankruptcy estate. The Trustee, therefore, did not administer that asset.

The Trustee conducted a Rule 2004 Examination of the Debtor to pursue identification and recovery of other assets. The assets were turned over to the Trustee in June 2007 and the balance in October 2007. Those assets consisted of turnover proceeds from a stock fund account at Wayne Hummer Investors in the sum of $11,065.06 and turnover of equivalent values in bank accounts of the Debtor.

The Debtor scheduled a $5,000.00 income tax refund, but the Internal Revenue Service has a substantial claim against the Debtor, and the income tax refund would be subject to a setoff.

The Trustee determined that no income tax returns are necessary for this bankruptcy estate.

The Trustee has reviewed the claims filed, and has determined there is no basis for objection.

SGB:vcg

**EXHIBIT B**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 07-70981 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | SOLACE, DEBORAH A | Filed (f) or Converted (c): | 04/23/07 (f) |
| | | §341(a) Meeting Date: | 05/24/07 |
| Period Ending: | 10/08/07 | Claims Bar Date: | 09/04/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 500.00 | 500.00 | | 500.00 | FA |
| 2 | Checking account - Citizen's Bank of Lena | 500.00 | 569.10 | | 569.10 | FA |
| 3 | Savings account - Citizen's Bank of Lena | 1,000.00 | 1,204.57 | | 1,204.57 | FA |
| 4 | Checking account - Lena State Bank | 100.00 | 100.00 | | 100.00 | FA |
| 5 | Houshold goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, pictures, CD's | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA Sun America | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wayne Hummer Investors | 10,000.00 | 11,065.06 | | 11,065.06 | FA |
| 11 | 2000 Income Tax Refund | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Interest - Scott and Deborah Family Trust | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2000 Jeep Cherokee | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 8865 Route 73 North, Lena, IL 61048 | 220,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 18.27 | Unknown |
| 15 | Assets   Totals (Excluding unknown values) | $367,600.00 | $13,438.73 | | $13,457.00 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 07-70981 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| Case Name: | SOLACE, DEBORAH A | Filed (f) or Converted (c): | 04/23/07 (f) |
| | | §341(a) Meeting Date: | 05/24/07 |
| Period Ending: | 10/08/07 | Claims Bar Date: | 09/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 31, 2007          **Current Projected Date Of Final Report (TFR):** October 8, 2007 (Actual)

EXHIBIT C

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-70981 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | SOLACE, DEBORAH A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*30-65 - Money Market Account |
| Taxpayer ID #: | 13-7571382 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 10/08/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/07 | {4} | Deborah A. Solace | Funds from bank account | 1129-000 | 100.00 | | 100.00 |
| 06/27/07 | {10} | Wayne Hummer Investments | Funds from stock | 1129-000 | 11,065.06 | | 11,165.06 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.19 | | 11,165.25 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.35 | | 11,171.60 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.16 | | 11,177.76 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.57 | | 11,183.33 |
| 10/02/07 | | Deborah A. Solace | Balance due bankruptcy estate | | 2,273.67 | | 13,457.00 |
| | {1} | | Cash                          500.00 | 1129-000 | | | 13,457.00 |
| | {2} | | Citizen's Bank of Lena      569.10 checking account | 1129-000 | | | 13,457.00 |
| | {3} | | Citizen's Bank of Lena    1,204.57 savings account | 1129-000 | | | 13,457.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 13,457.00 | 0.00 | $13,457.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 13,457.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $13,457.00 | $0.00 | |

{} Asset reference(s)

Printed: 10/08/2007 02:58 PM    V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-70981 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | SOLACE, DEBORAH A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****30-66 - Checking Account |
| Taxpayer ID #: | 13-7571382 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/08/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****30-65 | 13,457.00 | 0.00 | 13,457.00 |
| Checking # ***-*****30-66 | 0.00 | 0.00 | 0.00 |
| | $13,457.00 | $0.00 | $13,457.00 |

{} Asset reference(s)

Printed: 10/08/2007 02:58 PM   V.9.55