Case Name:  DEBORAH A. SOLACE
Case No:      07-70981

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 16, 2007               WILLIAM T. NEARY
                                      United States Trustee, Region 11


                        BY:    ___/s/_____
                               CAROLE J RYCZEK
                               Attorney for th U.S. Trustee