**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 1 7 2007

KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
SOLACE, DEBORAH A

CASE NO. 07-70981 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-2528

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO:  The Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
     At:  U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

     on:  November 26, 2007
     at:  1:00 p.m.

2.   The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 2,095.70 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 705.00 | |

4.   The Trustee's Final Report shows total:

     a. Receipts                              $      13,457.00

     b. Disbursements                         $           0.00

     c. Net Cash Available for Distribution   $      13,457.00

5.   In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $379,452.45. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $1,357,555.92, resulting in an approximate distribution of 0.00% to unsecured creditors.

6.  The debtor has not been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

                                                Respectfully submitted,

DATE:   October 8, 2007                 /s/Stephen G. Balsley
                                                STEPHEN G. BALSLEY
                                                6833 Stalter Drive
                                                Rockford, IL 61108
                                                815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: jshores              Page 1 of 1              Date Rcvd: Oct 17, 2007
Case: 07-70981                 Form ID: pdf002            Total Served: 8


The following entities were served by first class mail on Oct 19, 2007.
db          +Deborah A Solace,   8865 Rt 73 North,   Lena, IL 61048-8928
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
11320948   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operations,
              P O Box 21126,   Philedelphia PA 19114)
11362684    +Jane McPhillips,   c/o Patricia Hastings,   243 Carver St,   Winslow IL 61089-9433
11320947    +Midwest Bank,   P O Box 689,   Freeport, IL 61032-0689
11385224    +Orix Financial Service,   600 Town Park Lane -Suite 300,   Kennesaw, GA 30144-3734
11320949    +Orix Finanvial Services,   600 Town Park Lane,   Kennesaw, GA 30144-3729
11320950    +Scott Solace,   8865 Hwy 73 North,   Lena, IL 61048-8928

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2007**                   **Signature:** *Joseph Speetjens*